The People of the State of New York, Respondent,
against
Bryan Staten-Jackson, Appellant.




Appellate Advocates (Bryan D. Kreykes of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Victor Barall of Cousel), for respondent.

Appeal by defendant, as limited by his brief, from a sentence of the Criminal Court of the City of New York, Kings County (Sharen D. Hudson, J.), imposed August 10, 2015, upon his conviction of criminal possession of marihuana in the fifth degree, upon his plea of guilty.




ORDERED that the sentence is affirmed.
Defendant was charged in an accusatory instrument, under docket number 2015KN048250, with criminal possession of marihuana in the fifth degree (Penal Law § 221.10 [1]) and unlawful possession of marihuana (Penal Law § 221.05). On August 10, 2015, defendant pleaded guilty to criminal possession of marihuana in the fifth degree in satisfaction of the accusatory instrument. On appeal, defendant contends that the court failed to pronounce sentence on the record following his plea allocution, or at any point in the ensuing 18-month period.
Pursuant to CPL 380.20, a court must pronounce sentence in every case where a conviction is entered. Here, the record demonstrates that, on August 10, 2015, defendant was sentenced by the court to time served.
Accordingly, the sentence is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: January 04, 2019